```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
                                :
UNITED STATES OF AMERICA        :    SEALED
                                :    INDICTMENT
     -v-                        :
                                :    07 CRIM 856
ALEXANDRO SANCHEZ,              :
     a/k/a "Alejandro Sanchez," :
     a/k/a "Chano," and
FREDY RIVERA SANCHEZ,           :
     a/k/a "Freddy Sanchez,"
     a/k/a "Freddy Ramirez-     :
          Sanchez,"
                                :
          Defendants.
                                :
- - - - - - - - - - - - - - - -x
```

COUNT ONE

The Grand Jury charges:

1.   From at least in or about April 2006, up to and including in or about September 2006, in the Southern District of New York and elsewhere, ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants, and others known and unknown, unlawfully, intentionally, and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants, and others known and unknown,

would and did distribute, and possess with intent to distribute, a controlled substance, to wit, five kilograms and more of mixtures and substances containing a detectable amount of cocaine, in violation of Sections 812, 841(a)(1), and 841(b)(1)(A) of Title 21 of the United States Code.

<u>Overt Acts</u>

3. In furtherance of the conspiracy, and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a. On or about September 7, 2006, ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants, possessed approximately $360,000, after leaving a location in Paterson, New Jersey.

b. On or about September 7, 2006, a co-conspirator not named as a defendant herein ("CC-1") possessed approximately 95 kilograms of cocaine, after leaving a location in Paterson, New Jersey.

c. In or about 2006, a co-conspirator not named as a defendant herein ("CC-2") traveled through New York, New York to make a delivery of cocaine to another co-conspirator not named as a defendant herein ("CC-3") in Queens, New York.

(Title 21, United States Code, Section 846.)

### Forfeiture Allegation

4.  As a result of committing the controlled substance offenses alleged in Count One of this Indictment, ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of said violations.

### Substitute Asset Provision

5.  If any of the above-described forfeitable property, as a result of any act or omission of ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third person;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value;

or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of ALEXANDRO SANCHEZ, a/k/a "Alejandro Sanchez," a/k/a "Chano," and FREDY RIVERA SANCHEZ, a/k/a "Freddy Sanchez," a/k/a "Freddy Ramirez-Sanchez," the defendants, up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

4

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

ALEXANDRO SANCHEZ,
a/k/a "Alejandro Sanchez,"
a/k/a "Chano," and
FREDY RIVERA SANCHEZ,
a/k/a "Freddy Sanchez,"
a/k/a "Freddy Ramirez-
Sanchez,"

**Defendants.**

**INDICTMENT**

07 CR ____

(Title 21, United States Code, Section 846)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*
Foreperson.

*[handwritten: RG 9/10/07]*

*[handwritten: Indictment filed.
F. Maas, USMJ]*