UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORIGINAL

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA              :

        - v. -                    :     ORDER

ALEXANDRO SANCHEZ,                    :     07 Cr. 856
    a/k/a "Alejandro Sanchez,"
    a/k/a "Chano," and              :
FREDY RIVERA SANCHEZ,
    a/k/a "Freddy Sanchez,"          :
    a/k/a "Freddy Ramirez-
       Sanchez,"                  :

              Defendant.     :

- - - - - - - - - - - - - - - - - -X

      Upon application of the United States of America, by
and through Assistant United States Attorney Eugene Ingoglia, it
is hereby ORDERED that Indictment 07 Cr. 856, which was filed
under seal on or about September 10, 2007, be and hereby is
unsealed.

SO ORDERED.

Dated:    New York, New York
        October 3, 2007

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

RONALD L. ELLIS
United States Magistrate Judge
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/3/07