ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA          :

          - v. -                  :          ORDER

ALEXANDRO SANCHEZ,                :
     a/k/a "Alejandro Sanchez,"            S1 07 Cr. 856
     a/k/a "Chano,"               :
FREDY RIVERA SANCHEZ,
     a/k/a "Freddy Sanchez,"      :
     a/k/a "Freddy Ramirez-
          Sanchez," and          :
JESUS SANCHEZ,
     a/k/a "Chui,"               :

               Defendant.         :

- - - - - - - - - - - - - - - - - - -X


          Upon application of the United States of America, by
and through Assistant United States Attorney Eugene Ingoglia, it
is hereby ORDERED that Indictment S1 07 Cr. 856, which was filed
under seal on or about October 1, 2007, be and hereby is
unsealed.


SO ORDERED.

Dated:    New York, New York
          October 4, 2007


                                   _____
                                   UNITED STATES MAGISTRATE JUDGE
                                   SOUTHERN DISTRICT OF NEW YORK

                                        RONALD L. ELLIS
                                   United States Magistrate Judge
                                   Southern District of New York

USDC SDNY

OCT 0 4 2007