

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 13, 2007

**MEMO ENDORSED**

<u>Via Fax (212) 805-7911</u>

The Honorable John F. Keenan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Alexandro Sanchez, et al</u>, S1 07 Cr. 856 (JFK)

Dear Judge Keenan:

      The Government writes, on behalf of the Government and counsel for Alejandro Sanchez and Jesus Sanchez, to respectfully request an adjournment of the conference in this matter, currently scheduled for Monday, December 17, 2007 at 10:00 a.m., to a date convenient for the Court during the second or third week of January, 2008. Because counsel for Jesus Sanchez will be traveling from California, he requests, if possible, that the conference be set for a Monday or a Friday.

      The Government respectfully requests that time be excluded for purposes of the Speedy Trial Act between December 17, 2007 and the new conference date. This will permit the Government and the defense to continue discussions concerning a possible disposition of this matter without the need for trial, and will allow the defense time to review the discovery in this matter (the production of which has taken more time than the Government had anticipated). The Government makes this request with the consent of counsel for Jesus Sanchez and Alejandro Sanchez. The Government has left messages for counsel for defendant Fredy Sanchez, but has



not heard back as to her position as of the time of this writing.

                                                  Respectfully Submitted,

                                                  MICHAEL J. GARCIA
                                                  United States Attorney

                            By: _____
                                  Eugene Ingoglia
                                  Assistant United States Attorney
                                  (212) 637-1113

cc:       Priya Chaudhry, Esq.
          (counsel for the defendant Alejandro Sanchez)

          Ed Ezcueta, Esq.
          (counsel for defendant Jesus Sanchez)

          Lisa Scolari, Esq.
          (Counsel for Fredy Sanchez)

*[Handwritten order:]* The application is granted. Time is excluded. The Conference is set for January 14, 2008 at 10AM.

So ordered

December 13, 2007

John F. Keenan
U.S.D.J.