IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDRO SANCHEZ | No: 07-CR-856 (JFK) |

**NOTICE OF APPEARANCE OF COUNSEL**

TO THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Priya Chaudhry of Law Offices of Priya Chaudhry hereby makes her appearance on behalf of defendant Alexandro Sanchez.

                               Respectfully submitted,

                               /s/ Priya Chaudhry
                               Priya Chaudhry (PC-3073)
                               pchaudhry@chaudhrylaw.com
                               Law Offices of Priya Chaudhry
                               80 Pine Street, 33rd Floor
                               New York, NY 10005
                                   Phone: 212.785.5550
                                   Fax:    212.785.5558
                               Attorney for Alexandro Sanchez