USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-11-2008

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 11, 2008

RECEIVED
MAR 11 2008
JUDGE KEENAN'S CHAMBERS

**BY FACSIMILE** (212-805-7911)

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. Jesus Sanchez, et al.
     07 Cr. 856 (JFK)

Dear Judge Keenan:

The Government respectfully submits this letter, after speaking with Your Honor's clerk, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for March 17, 2008 at 10 a.m., to a date convenient for the Court after April 25, 2008.

The Government requests, with the consent of defense counsel, that the time between now and the new conference date, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The parties will use the time to review discovery, and to continue discussions of a possible pre-trial disposition of the matter.

*Application granted.*
*The matter is set for*
*May 7, 2008 at 9:45 A.M.*
*So ordered.*
*John F. Keenan*
*March 11, 2008  U.S.D.J.*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Eugene Ingoglia
Assistant United States Attorney
Tel.: (212) 637-1113

cc:  Priya Chaudhry, Esq. (counsel for Alejandro Sanchez) (212) 755-5558 fax
     Edward A. Esqueda, Esq. (Counsel for Jesus Sanchez) (323) 724-9806 fax
     Lisa Scolari, Esq. (counsel for Fredy Rivera Sanchez) (212) 964-2926 fax