UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
UNITED STATES OF AMERICA             :

S1
# 07 CR 856 (JFK)

-V-

Alexandro Sanchez, Fredy Sanchez and Jesus Sanchez
-------------------------------------X

Please be advised that the (conference)/sentence scheduled for __July 23, 2008__ has been rescheduled to __August 13, 2008__ at __10:15am__ in Courtroom 20-C. The time is excluded.

SO ORDERED.

Dated: New York, New York
       June 23, 2008

_____
JOHN F. KEENAN
United States District Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-23-2008
```