

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

8-12-08



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

August 11, 2008



RECEIVED
AUG 1 2 2008
JUDGE KEENAN'S CHAMBERS

**BY FACSIMILE (212-805-7911)**

Honorable John F. Keenan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

       Re:    United States v. Jesus Sanchez, et al
              07 Cr. 856 (JFK)

Dear Judge Keenan:

       The Government respectfully submits this letter, after speaking with Your Honor's clerk, to request jointly with the defense an adjournment of the pre-trial conference currently scheduled for August 14, 2008 at 10:30 a.m., to a date convenient for the Court after the second week in September, 2008.

       The Government requests, with the consent of defense counsel, that the time between now and the new conference date, be excluded from the speedy trial calendar based on a finding that the ends of justice served by the continuance outweigh the best interest of the public and the defendants in a speedy trial under 18 U.S.C. § 3161(h)(8)(A). The parties will use the time to review discovery, and to continue discussions of a possible pre-trial disposition of the matter.

*[Handwritten: The Conference is adjourned until September 11, 2008 at 10:15 am. Time is excluded. So ordered. August 12, 2008. John F. Keenan USDJ]*

                                         Respectfully submitted,

                                         MICHAEL J. GARCIA
                                         United States Attorney
                                         Southern District of New York

                              By:      _____
                                         Eugene Ingoglia
                                         Assistant United States Attorney
                                         Tel.: (212) 637-1113

cc:      Priya Chaudhry, Esq. (counsel for Alejandro Sanchez) (212) 755-5558 fax
         Edward A. Esqueda, Esq. (Counsel for Jesus Sanchez) (323) 724-9806 fax
         Lisa Scolari, Esq. (counsel for Fredy Rivera Sanchez) (212) 964-2926 fax